SO. CAL EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Avenue, Second Floor
Los Angeles, CA  90004
Telephone:   (213) 252-8008
Facsimile:   (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
OMAR LUNA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR LUNA,<br><br>             Plaintiff,<br><br>       vs.<br><br>BOX CITY, INC.;<br>VICTORY/VENTURA, LLC; and<br>DOES 1 to 10,<br><br>             Defendants. | Case No. 2:20-cv-10723 ODW (PLAx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff OMAR LUNA ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1 | Defendants have neither answered Plaintiff's Complaint, nor filed a motion for
2 | summary judgment. Accordingly, this matter may be dismissed without an Order of
3 | the Court.

DATED: January 5, 2020          SO. CAL EQUAL ACCESS GROUP

                                           */s/ Jason J. Kim*
                                           JASON J. KIM
                                           Attorney for Plaintiff